UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE SARAH VIVIANE BOUDJELTA,

Plaintiff,

*-against-*

CLAL-THE NATIONAL JEWISH CENTER FOR LEARNING AND LEADERSHIP, INC, BRADLEY HIRSCHFIELD, ELAN BABCHUCK, and STEVEN ROTTER,

Defendants.

**ORDER**

26-CV-04032 (ER)

RAMOS, D.J.:

Christine Sarah Viviane Boudjelta filed this action against CLAL-The National Jewish Center for Learning and Leadership Inc. ("CLAL"), Rabbi Bradley Hirschfield, Elan Babchuck, and Steven Rotter (collectively, "Defendants") on May 14, 2025 alleging that Defendants violated the New York Labor Law ("NYLL"), Title VII, the New York State Human Rights Law, and the New York City Human Rights Law, and that Hirschfield committed tortious defamation.

On August 13, 2026, Defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), for failure to state a claim for which relief can be granted. Doc. 14. On September 3, 2026, Boudjelta filed an Amended Complaint, removing one claim of retaliation, and adding new claims under the NYLL. Doc 16.

Defendants' motion to dismiss is moot. The Clerk of the Court is respectfully directed to terminate the motion, Doc. 14. Defendants must answer the Amended Complaint or otherwise move by September 24, 2026.

It is SO ORDERED.

Dated: September 4, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.